**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PATRICIA MCNULTY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:19-cv-05029-AB |
| THE MIDDLE EAST FORUM et al, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| PATRICIA MCNULTY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:20-cv-02945-AB |
| THE MIDDLE EAST FORUM and GREG ROMAN, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 15th day of October, 2020, it is **ORDERED** that Plaintiff must respond to Defendants' request for telephone conference (Civil Action No. 2:19-cv-05029-AB, ECF No. 29) and resolve the discovery dispute **on or before October 22, 2020.**

_s/ANITA B. BRODY, J._____
ANITA B. BRODY, J.

Copies **VIA ECF** on 10/15/2020