# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCNULTY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:19-cv-05029-AB |
| THE MIDDLE EAST FORUM et al, | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 9th day of December 2020, it is **ORDERED** that The Middle East Forum's Motion to Compel (ECF No. 36) and Motion for Contempt (ECF No. 38) are referred to Judge Strawbridge.

s/ANITA B. BRODY, J.
ANITA B. BRODY, J.

COPIES VIA ECF