IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCNULTY | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 19-5029 |
| | : | |
| THE MIDDLE EAST FORUM, et al | : | |
| Defendant | : | |

**ORDER**

Following upon the January 27, 2021 letter from Jonathan Cavalier, counsel for Middle East Forum, it is hereby **ORDERED** that the parties shall meet and confer on outstanding discovery issues **by noon, Thursday, January 28, 2021.** If the parties do **not** reach an agreement, they are **FURTHER ORDERED** to participate in a **telephone status conference** with Magistrate Judge Strawbridge on **Thursday, January 28, 2021 at 3:00 p.m.** The Court will contact counsel with instructions to connect to the call.

**IT IS SO ORDERED.**

BY THE COURT:

Date:   January 27, 2021                        /s/ David R. Strawbridge, USMJ
                                                David R. Strawbridge
                                                United States Magistrate Judge