IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCNULTY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 19-5029 |
| | : | |
| THE MIDDLE EAST FORUM, et al | : | |
| Defendant | : | |

# ORDER

AND NOW, this 11th day of February, 2021, upon consideration of Defendant The Middle East Forum's ("MEF") Motion for Attorney Fees (Doc. 43) and contemporaneous timesheets and supporting affidavits (Doc. 43-1), Plaintiff Patricia McNulty's Response in Opposition (Doc. 44), and MEF's Reply (Doc. 45), and for the reasons set out in the accompanying Memorandum Opinion, MEF's Motion is hereby **GRANTED in part and DENIED in part**. Accordingly, MEF is awarded $4,252 in attorneys' fees and costs.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
David R. Strawbridge
United States Magistrate Judge