IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCNULTY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 19-5029 |
| | : | |
| THE MIDDLE EAST FORUM, et al | : | |
| Defendant | : | |

### ORDER

AND NOW, following upon the parties' submissions (Docs. 48, 52, 53, 54, and 55) in response to our order of January 29, 2021 (Doc. 47) to summarize the remaining discovery disputes, it is hereby **ORDERED** that counsel for the parties shall appear for a discovery conference on **Wednesday, March 17, 2021 at 9:30 A.M.** This conference shall concern the issues related to Defendant The Middle East Forum's ("Defendant") motion to compel as set out in the unrecorded telephone conference of January 28, 2021 and its letter of February 5, 2021. (Doc. 48.) This hearing will not concern Plaintiff's motion to compel (Doc. 56), and as such does not supersede Defendant's duty to respond to the same. The hearing will be held via video, and the Court will contact counsel with connection information.

BY THE COURT:

Date:  March 10, 2021

/s/ David R. Strawbridge, USMJ
David R. Strawbridge
United States Magistrate Judge