# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCNULTY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:19-cv-05029-AB |
| THE MIDDLE EAST FORUM et al, | : | |
| Defendants. | : | |

# **ORDER**

**AND NOW**, this 20th day of April, 2021, it is **ORDERED** that the discovery disputes set-forth in The Middle East Forum's February 5, 2021 Letter (ECF No. 48) and The Middle East Forum's Motion for Discovery (ECF No. 59) are referred to Judge Strawbridge.

s/ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.

COPIES VIA ECF