IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| PATRICIA MCNULTY, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-5029 |
| | : | |
| THE MIDDLE EAST FORUM, et al., | : | |
| Defendants | : | |

| PATRICIA MCNULTY, | : | |
|---|---|---|
| Plaintiff | : | |
| | : | |
| v. | : | NO. 20-2945 |
| | : | |
| THE MIDDLE EAST FORUM, et al., | : | |
| Defendants | : | |

**ORDER**

AND NOW, following upon the recusal of Magistrate Judge David Strawbridge, it is hereby **ORDERED** that the orders of October 15, 2020 (Civ. No. 19-5029, Doc. 32 and Civ. No. 20-2945, Doc. 9) are vacated to the extent that they refer the case to Judge Strawbridge for settlement purposes. It is further **ORDERED** that the order of April 20, 2021 (Civ. No. 19-5029, Doc. 74), referring discovery disputes to Judge Strawbridge, is vacated. The Clerk of Court shall reassign these matters to a new magistrate judge.

BY THE COURT:

Date: May 13, 2021        s/ANITA B. BRODY, J.
                          ANITA B. BRODY, J.