IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA MCNULTY** | : | **CIVIL ACTION** |
| v. | : | |
| **THE MIDDLE EAST FORUM, et al** | : | **NO.: 19-cv-05029** |
| **PATRICIA MCNULTY** | : | **CIVIL ACTION** |
| v. | : | |
| **THE MIDDLE EAST FORUM, et al** | : | **NO.: 20-cv-02945** |

## O R D E R

**AND NOW**, this **19TH** day of **MAY 2021**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is the Honorable Richard A. Lloret.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
Clerk of Court