# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| PATRICIA MCNULTY | : | CIVIL ACTION NO. 2:19-cv-05029-AB |
| Plaintiff, | : |  |
| -vs- | : |  |
|  | : |  |
| THE MIDDLE EAST FORUM, | : | PLAINTIFF'S MOTION IN OPPOSITION |
| DANIEL PIPES (*individually*), | : | TO DEFENDANT, GREG ROMAN'S |
| GREGG ROMAN (*individually*), and | : | MOTION TO HAVE REQUESTS FOR |
| MATTHEW BENNETT (*individually*) | : | ADMISSIONS DEEMED ADMITTED |
|  | : |  |
| Defendants. | : |  |

**PLAINTIFF'S MOTION UNDER FEDERAL RULE 36(b) FOR
LEAVE TO WITHDRAW ADMISSIONS DEEMED ADMITTED SO
THAT PLAINTIFF'S CASE CAN FAIRLY BE DECIDED ON ITS MERITS**

Plaintiff, Patricia McNulty ("Plaintiff") hereby moves the Court under Federal Rules of Civil Procedure 36(b) for leave to withdraw any admissions deemed admitted connected with Defendant, Greg Roman's Requests for Admissions.  To the extent the Court finds Defendant, Greg Roman's Request for Admissions are to be deemed admitted, Plaintiff has revoked consent by responding to Defendant, Greg Roman's Request for Admissions in less than one (1) day of first reviewing the same.  Plaintiff, Patricia McNulty revoked consent and responded to Defendant, Greg Roman's Request for Admissions.  Moreover, deeming Defendant, Greg Roman's Requests for Admissions, admitted, belies Plaintiff's civil action complaint, Plaintiff's written Responses to Defendants Interrogatories, and all testimony offered by Plaintiff, Patricia McNulty during multiple depositions and the trial of Marnie O'Brien.   Defendant, Greg Roman's motion to have his Request for Admissions deemed admitted is a last ditch effort to avoid a trial on the merits through a legal technicality that would subvert the Federal Rules of Civil Procedure and decades of well established caselaw confirming that cases

should fairly be decided on their merits.  For these reasons Plaintiff requests the Court grant her

Motion under Federal Rule 36(b) so that Plaintiff's case can fairly be decided on its merits.

**DEREK SMITH LAW GROUP, PLLC**


BY:__/s/  Seth D. Carson_____
     SETH D. CARSON
     1835 Market Street
     Suite 2950
     Philadelphia, PA 19103
     Phone: 215.391.4790
     Facsimile: 215.893.5288
     seth@dereksmithlaw.com

DATED:  August 18, 2021

## <u>CERTIFICATE  OF SERVICE</u>

I hereby  certify that on this date that  I caused  a true  and  correct  copy  of Plaintiff's

Motion and Memorandum of Law and Fact  to be served  via ECF:

> Jon Cavalier
> Cozen O'Connor
> 1650 Market Street, Suite 2800
> Philadelphia, PA 19103
> P: 215-665-2000
> F: 215-665-2013
> dwalton@cozen.com
> lbenson@cozen.com
> *Counsel for Defendants,*
> *The Middle East Forum, Daniel Pipes,*
> *and Matthew Bennett*
>
> Sidney L. Gold
> Sidney L. Gold & Associates P.C.
> 1835 Market Street, Suite 515
> Philadelphia, PA 19103
> Tel: (215) 569-1999
> Fax: (215) 569-3870
> sgold@discrimlaw
> *Counsel for Defendant, Greg Roman*

> **DEREK SMITH LAW GROUP, PLLC**
>
> BY:__/s/  Seth D. Carson_____
>         SETH D. CARSON
>         1835 Market Street
>         Suite 2950
>         Philadelphia, PA 19103
>         Phone: 215.391.4790
>         Email: Seth@DerekSmithLaw.com

DATED: August 18, 2021