# Exhibit A

## Patricia McNulty v. The Middle East Forum, et al.

Seth Carson <seth@dereksmithlaw.com>
Tue 3/16/2021 10:51 PM

**To:** Sidney Gold <sgold@discrimlaw.net>; Leigh Ann Benson <lbenson@cozen.com>; Cavalier, Jonathan <jcavalier@cozen.com>

📎 1 attachments (155 KB)
Plaintiff's Responses to Request for Admissions - January 27 2021.pdf;

Counsel,

The attached Responses to Defendant, Greg Roman's First Request for Admissions are provided. Please confirm that you will accept receipt of the attached document via email.

As you are well aware, Defendant, Greg Roman failed to serve the attached Request for Admissions in accordance with the Federal Rules of Civil Procedure and thus the attached Responses are provided the same day they were received, which was today when it was attached to the improper motion to dismiss.

I would suggest that you withdraw the motion filed today as it demonstrates a waste of the Court's and parties' resources including time and money. Request for Admissions must be served in accordance with Rule 36. Plaintiff did not even know Defendant, Greg Roman had prepared request for admissions until today. The rules are clear that service by electronic means can only be affected upon express written consent, and this "requires that consent "be express, and cannot be implied from conduct."

As you know the Requests for Admissions from Defendant, Greg Roman was not mailed to my attention of office. They were not left here for me. Apparently, they were emailed only, without any confirmation that the email was ever received. Moreover, you did not send a follow-up email after or around the thirty-day mark from the time the email was purportedly sent to check on the Requests.

Still, in a good faith attempt to provide prompt responses to Defendant, Greg Roman's First Request for Admissions, I have completed and attached the same to this email.

**Seth D. Carson, Esq.**

*Admitted PA

D̲EREK S̲MITH L̲AW G̲ROUP, PLLC

*Employment Lawyers Representing Employees Exclusively*

Toll Free No. (800) 807-2209 | 1835 Market Street, Suite 2950 | Philadelphia, PA 19103

Tel: (215) 391-4790 | Fax: (215) 893-5288 | Email: seth@dereksmithlaw.com

www.discriminationandsexualharassmentlawyers.com

**New York | New Jersey | Philadelphia | Miami | Los Angeles**



*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.