IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCNULTY | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  19-cv-05029-AB |
| THE MIDDLE EAST FORUM et al | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| PATRICIA MCNULTY | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  20-cv-02945-AB |
| THE MIDDLE EAST FORUM et al | : | |
| Defendant. | : | |

## **NOTICE**

A status telephone call will be held on **September 30, 2021** at **10:00 a.m.** Defense counsel will provide a call-in number via email.

*/s/ Sheila McCurry*
SHEILA MCCURRY
Courtroom Deputy to the
Honorable Richard A. Lloret
U.S. Magistrate Judge
sheila_mccurry@paed.uscourts.gov

**Date:** September 23, 2021