IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCNULTY | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 19-cv-05029-AB |
| THE MIDDLE EAST FORUM et al | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| PATRICIA MCNULTY | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 20-cv-02945-AB |
| THE MIDDLE EAST FORUM et al | : | |
| Defendants. | : | |

## **ORDER**

On March 16, 2021, Defendants filed a motion requesting that the Court deem their Requests for Admission ("RFA") admitted, dismiss Plaintiff's complaint with prejudice, and award costs and fees to cover the preparation and filing of the motion. Doc. No. 59. Judge Brody referred this motion and other related discovery disputes to me on May 19, 2021. Doc. No. 76. On August 19, 2021, Plaintiff filed a motion objecting to default admission of the RFAs, seeking leave to withdraw any RFAs deemed admitted, and requesting to establish that her responses to the RFAs only apply to Defendant Greg Roman. Doc. No. 77. The parties have filed various responses and other documents in connection with these motions. I have reviewed the parties' papers. For reasons explained in my accompanying Memorandum Opinion, I will grant, in part, Defendants' motion, deny it in part, grant, in party, Plaintiff's motion, and deny it in part.

Accordingly, it is on this 1st day of November, 2021,

**ORDERED**

1. Defendants' motion to deem their RFAs admitted (Doc. No. 59) is **GRANTED**.

2. Plaintiff's motion for leave to withdraw her default admissions and to submit her written responses to Defendants RFA (Doc. No. 77) is **GRANTED**.

3. Defendants' motion to dismiss Plaintiff's case in its entirety (Doc. No. 59) is **DENIED**.

4. Defendants' motion to impose sanctions in the form of attorney's fees and costs resulting from Plaintiff's delayed response to the RFAs and counsel's failure to confess from the outset that he had simply missed Defendants' email (Doc. No. 59) is **GRANTED**.

5. Defendants will submit within 10 days of this Order an affidavit to me concerning attorneys' fees and costs. The affidavit will include time spent preparing this motion (Doc. No. 59) and responding to Plaintiff's motion (Doc. No. 77).

6. Plaintiff's motion to preclude application of her admissions against Defendant Middle East Forum (Doc. No. 77) is **DENIED**.

BY THE COURT:

_s/Richard A. Lloret_
**RICHARD A. LLORET**
**UNITED STATES MAGISTRATE JUDGE**