IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA MCNULTY | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 19-cv-05029-AB |
| THE MIDDLE EAST FORUM et al | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| PATRICIA MCNULTY | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 20-cv-02945-AB |
| THE MIDDLE EAST FORUM et al | : | |
| Defendants. | : | |

## ORDER

For reasons explained in my Memorandum filed today, it is this 24th day of January, 2022

### ORDERED

1. Plaintiff's motion to stay the order of sanctions and attorney's fees (Doc. No. 95) is **DENIED**.

2. Defendants are awarded $7,100 in attorney's fees and costs for work done in conjunction with Plaintiff's failure to timely respond to the requests for admission at issue and her continued litigation on the matter.

                                                                      **BY THE COURT:**

                                                                     _s/Richard A. Lloret_
                                                                      **RICHARD A. LLORET**
                                                                      **UNITED STATES MAGISTRATE JUDGE**